**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AIDAJUSTE ROODY,

Petitioner,

v. No. 26-cv-0707-DHU-SCY

PAMELA BONDI, Attorney General of the United States; ACTING SECRETARY, U.S. Department of Homeland Security; MARY DE ANDA-YBARRA, El Paso Field Office Director, Immigration and Customs Enforcement; TODD LYONS, Acting Director of Immigration and Customs Enforcement; and WARDEN, Otero County Processing Center,

Respondents.

**ORDER GRANTING HABEAS PETITION**

This matter comes before the Court on Petitioner Aldajuste Roody's Petition for Writ of Habeas Corpus ("Petition"). Doc. 1. Petitioner is currently in immigration detention and alleges that he has a pending application for Temporary Protected Status ("TPS"). *Id.* at 6.[1] The Petition asks the Court to grant a writ of habeas corpus ordering Respondents to immediately release Petitioner. *Id.* at 7. In its Response, the Government acknowledges that as of now, Haitians remain eligible for TPS and are entitled to TPS protection while their application is pending. Doc. 5 at 1. As such, Respondents do not oppose Petitioner's release. *Id.* Based on the relevant and applicable law, as well as Respondents' non-opposition to the relief requested in the Petition, the Court finds that the Petition should be **GRANTED**.

---

[1] Page citations are to the pages in the electronic court filing docket number and do not necessarily correspond with the page number of the Petition itself.

**IT IS THEREFORE ORDERED** that Respondents release Petitioner within twenty-four hours of this Order. Respondents are **RESTRAINED** from re-detaining Petitioner unless they demonstrate, by clear and convincing evidence at a pre-deprivation hearing, that circumstances have changed such that detention is justified.

**IT IS FURTHER ORDERED** that the parties submit a joint status report to the Court no later than Monday, March 23, 2026, confirming Petitioner's timely release.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE