**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

AIDAJUSTE ROODY,

Petitioner,

v. No. 26-cv-00707-DHU-SCY

PAMELA BONDI, Attorney General of the United States; ACTING SECRETARY, U.S. Department of Homeland Security; MARY DE ANDA-YBARRA, El Paso Field Office Director, Immigration and Customs Enforcement; TODD LYONS, Acting Director of Immigration and Customs Enforcement; and WARDEN, Otero County Processing Center,

Respondents.

**FINAL JUDGMENT**

THIS MATTER is before the Court on the Order Granting Petitioner Aidajuste Roody's Petition for Writ of Habeas Corpus ("Petition"). Doc. 6. On March 19, 2026, the Court **GRANTED** the Petition, ordering Respondents to release Petitioner within twenty-four hours. *Id.* at 2. The Court also directed the parties to file a Joint Status Report no later than Monday, March 23, 2026, confirming Petitioner's timely release. *Id.*

On March 23, 2026, the Government filed a Notice of Release ("Notice"). Doc. 8. The Notice confirmed that Petitioner was released on March 18, 2026. *Id.* at 1.

Pursuant to FED. R. CIV. P. 58(a), the Court will now issue its final judgment disposing of the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Aidajuste Roody's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**; and the Clerk's Office may close this civil habeas case.

**IT IS SO ORDERED.**

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE